IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A., a minor, <br> By and Through JORGE A., <br> His Guardian Ad Litem, <br><br>    Plaintiff, <br><br> v. <br><br> ROCKLIN UNIFIED SCHOOL <br> DISTRICT and DOES 1-25, <br>    Defendant. | CASE NO. 2:07-CV-01057 LEW KJM <br><br> ORDER |

The Administrative Motion to File Under Seal submitted by Plaintiff Joshua A., by and through his Guardian Ad Litem, Jorge A., came before this Court. Plaintiff sought to file under seal the Declaration of Counsel Bob N. Varma. Plaintiff's Administrative Motion to File Under Seal, the memorandum of points and authorities, and the Declaration of Counsel Bob N. Varma having been considered, and good cause appearing,

//
//
//
//
//

1  IT IS SO ORDERED that Plaintiff's Declaration of Counsel Bob N. Varma be filed under
2  seal.

5  DATED: June 20, 2007

_____
U.S. DISTRICT COURT JUDGE

15  Presented by:

19   /s/ Bob N. Varma
Bob N. Varma
20  Attorney for Plaintiff Joshua A.

---

JOSHUA A. v. ROCKLIN UNIFIED SCH. DIST. et al.; Case No.
(PROPOSED) ORDER                                                    Page 2 of 2