IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A., a minor, <br> By and Through JORGE A., <br> His Guardian Ad Litem, <br><br> Plaintiff, <br><br> v. <br><br> ROCKLIN UNIFIED SCHOOL <br> DISTRICT and DOES 1-25, <br> Defendant. _____/ | CASE NO.  2:07-CV-01057 LEW KJM <br><br> ORDER APPOINTING GUARDIAN AD LITEM |

The Court having considered the *Ex Parte* Motion of Joshua A. for the appointment of Guardian Ad Litem for Plaintiff, a disabled minor, in the above-captioned action, and good cause appearing,

IT IS SO ORDERED that Jorge A. be appointed Guardian Ad Litem for Joshua A.

Dated: June 20, 2007

_Ronald S.W. Lew_
U.S. DISTRICT COURT JUDGE

---

Joshua A. v. Rocklin Unified Sch. Dist. et al; Case No.
(Proposed) Order Appointing Guardian ad Litem                              Page 1 of 1