IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A., a minor, By and Through JORGE A., His Guardian Ad Litem,<br><br>   Plaintiff,<br><br>v.<br><br>ROCKLIN UNIFIED SCHOOL DISTRICT and DOES 1-25,<br>   Defendants._____/ | CASE NO. 2:07-CV-01057 LEW KJM<br><br>ORDER |

  The Administrative Motion to Proceed Under Pseudonym submitted by Plaintiff Joshua A., by and through his Guardian Ad Litem, Jorge A., came before this Court. Plaintiff's Administrative Motion to Proceed Under Pseudonym, the memorandum of points and authorities, and the Declaration of Counsel Bob N. Varma having been considered, and good cause appearing,

//

//

//

//

<u>JOSHUA A. v. ROCKLIN UNIFIED SCH. DIST., et al.</u>; Case No.
(PROPOSED) ORDER                         Page 1 of 2

1    IT IS SO ORDERED that Plaintiff and his Guardian Ad Litem may proceed under a
2 pseudonym "Joshua A.." and "Jorge A.," respectively.

5 DATED: June 20, 2007

*Ronald S.W. Lew*

U.S. DISTRICT COURT JUDGE

14 Presented by:

18  /s/ Bob N. Varma
Bob N. Varma
19 Attorney for Plaintiff Joshua A.