IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A., A Minor, By and Through JORGE A., His Guardian Ad Litem, | CASE NO. C 07 01057 LEW (KJM) |
| Plaintiff, | ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL |
| v. | |
| ROCKLIN UNIFIED SCHOOL DISTRICT, and DOES 1-25, | |
| Defendants. | |

The Administrative Motion to File Under Seal submitted by Plaintiff JOSHUA A., by and through his Guardian Ad Litem, JORGE A., came before this Court. Plaintiff sought to file under seal the Declaration of Counsel Bob N. Varma in Support of Plaintiff's Administrative Motion to File Under Seal and Motion for Stay Put Order and Exhibits 1through 12 to the Declaration of Counsel. Plaintiff's Administrative Motion to File Under Seal, the memorandum of points and authorities therein, and the Declaration of Counsel Bob N. Varma having been considered, and good cause appearing,

//

//

IT IS SO ORDERED that Plaintiff's Declaration of Counsel Bob N. Varma in Support of Plaintiff's Administrative Motion to File Under Seal and Motion for Stay Put Order and Exhibits 1 through 12 attached to the Declaration of Counsel be filed under seal.

DATED:  July 23, 2007

_____
HONORABLE RONALD S.W. LEW
Senior, U.S. District Court Judge

Presented by:

/s/ Bob N. Varma
Bob N. Varma
Attorney for Plaintiff JOSHUA A.

---

JOSHUA A. v. ROCKLIN UNIFIED SCH. DIST., et al.; Case No. C 07 01057 LEW KJM
(PROPOSED) ORDER GRANTING ADMINISTRATIVE MOTION TO
FILE UNDER SEAL                                                          Page 2 of 2