IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A., A minor, By and Through JORGE A., His Guardian Ad Litem,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROCKLIN UNIFIED SCHOOL DISTRICT, and DOES 1-25,<br><br>　　　　Defendants._____/ | CASE NO. C 07 01057 LEW KJM<br><br>STIPULATION TO EXTEND TIME TO FILE JOINT STATUS REPORT AND ORDER THEREON |

　　　Pursuant to the Order of the court, dated June 4, 2007, by the Honorable Ronald S. W. Lew, the initial Joint Status Report in this matter is due to be filed on August 21, 2007. This matter is an appeal of an underlying administrative due process hearing. Upon filing the instant action, counsel for Plaintiff requested that the Office of Administrative Hearings, a branch of the California Department of General Services, prepare the transcript of the underlying hearing. The due process hearing was nine days long and a lengthy transcript needs to be prepared.

　　　On or about August 14, 2007, counsel for Defendant determined, through conversation from with the Office of Administrative Hearings, that the transcript will be available to both parties by August 20, 2007. A review of the transcript in this matter will determine whether the parties will be requesting discovery, what the scope of the discovery would be if any, whether additional evidence would be needed, whether either party will request additional testimony, and

JOSHUA A. v. ROCKLIN UNIFIED SCH. DIST., et al.;
Case No. C 07 001057 LEW KJM
Stipulation to Extend Time to
File Joint Status Report and Order Thereon　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 2

1  what related motions may be appropriate.

2  Counsel for both parties do not currently have the ability to provide the court with a
3  detailed Joint Status Report, due to the unavailability of the transcript from the underlying
4  hearing.  However, counsel for both parties believe that upon receipt of the transcripts and a
5  initial review, they will be able to provide the court with a detailed Joint Status Report.
6  Therefore, both Plaintiff and Defendant request that the counsel for the parties be allowed to file
7  the initial Joint Status report on September 7, 2007.

8  **So Stipulated**.

10  Dated: August 15, 2007                    Kronick, Moskovitz, Tiedemann & Girard
                                               A Professional Law Corporation
11                                       By:
                                               /s/ Marcy L. Gutierrez
12                                             Attorneys for Defendant

13  Dated: August 15, 2007                    Varma & Clancy
14                                       By:
                                               /s/ Bob N. Varma
15                                             Attorneys for Plaintiff

18  The court having considered the stipulation and request of the parties, and good cause
19  appearing, hereby **ORDERS**:

21  The parties shall file the initial Joint Status Report no later than September 7, 2007.

24  Dated: August 16, 2007
                                               Honorable Ronald S. W. Lew
25                                             Senior, U.S. District Court Judge

28  JOSHUA A. v. ROCKLIN UNIFIED SCH. DIST., et al.;
Case No. C 07 001057 LEW KJM
Stipulation to Extend Time to
File Joint Status Report and Order Thereon                                    Page 2 of 2