IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. A., a minor,<br>By and Through JORGE A.,<br>His Guardian Ad Litem,<br><br>    Plaintiff,<br><br>v.<br><br>ROCKLIN UNIFIED SCHOOL<br>DISTRICT and DOES 1-25,<br>    Defendant. | CASE NO. C 07 01057 LEW KJM<br><br>ORDER TO FILE<br>ADMINISTRATIVE RECORD<br>UNDER SEAL |

The parties Stipulation to File the Administrative Record Under Seal submitted by Plaintiff Joshua A., by and through his counsel, came before this Court. The parties stipulate to and seek an Order from this court to file the administrative record from the underlying administrative hearing in this case under seal. The parties Stipulation and the points and authorities cited therein, having been considered, and good cause appearing,

//

//

//

//

1
2     IT IS SO ORDERED that Plaintiff's counsel shall file the administrative record in this matter
3  under seal.
4
5
6  DATED: October 4, 2007

*Ronald S.W. Lew*

HONORABLE RONALD S.W. LEW
U.S. DISTRICT COURT JUDGE

16  Presented by:
17
18
19
20
21   /s/ Bob N. Varma
    Bob N. Varma
    Attorney for Plaintiff J. A.