1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

11
12

JOSHUA A., A minor, By and Through
JORGE A., His Guardian Ad Litem,

CASE NO. C 07 CV 01057 LEW KJM

13

            Plaintiff,

ORDER GRANTING
AMENDMENT TO BRIEFING
SCHEDULE ON DISPOSITIVE MOTION

14

v.

15
16

ROCKLIN UNIFIED SCHOOL DISTRICT,
and DOES 1-25,

17

            Defendants.

Hearing Date:        March 7, 2008
Time:                10:00 a.m.
Ctrm:                TBD/9

18
19

_____/

20
21

        The Court, having considered the stipulation by the Parties to amend the briefing schedule

22

on the dispositive motion as follows:

23

| Brief | Filing Deadline |
| --- | --- |

24

| Plaintiff's Motion for Summary Judgement | February 8, 2008 |

25
26

| Defendant's Response to Plaintiff's | February 22, 2008 |

27

Motion for Summary Judgement

28

JOSHUA A. v. ROCKLIN UNIFIED SCH. DIST., et al.; Case No. C 07 001057 LEW KJM
PROPOSED ORDER GRANTING AMENDMENT TO BRIEFING
SCHEDULE ON DISPOSITIVE MOTION                                    Page 1 of 2

Plaintiff's Reply to Defendant's Response         February 29, 2008

to Plaintiff's Motion for Summary Judgment

and having found good cause to exist, the stipulated amendment to the briefing schedule is granted.

IT IS SO ORDERED.

Dated: January 25, 2008

/s/ Ronald S. W. Lew
The Honorable Ronald S. W. Lew,
U.S. District Court Judge

JOSHUA A. v. ROCKLIN UNIFIED SCH. DIST., et al.; Case No. C 07 001057 LEW KJM
PROPOSED ORDER GRANTING AMENDMENT TO BRIEFING
SCHEDULE ON DISPOSITIVE MOTION        Page 2 of 2