```
                                            FILED

                                            APR  7 2009

                                        CLERK, U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF CALIFORNIA
                                        BY
                                        _____
                                              DEPUTY CLERK
```


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A., a minor, by and through JORGE A., his guardian ad litem, | CV 07-1057 RSWL |
| Plaintiff, | ORDER REQUESTING BRIEFING OF ISSUE ON REMAND |
| v. | |
| ROCKLIN UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

Pursuant to the Ninth Circuit's Opinion and Remand Order dated March 19, 2009, this Court orders briefing to determine what Defendant Rocklin Unified School District owes Plaintiff Joshua A. for the cost of his education during the pendency of his appeal.

///
///
///
///
///

```
 1    Plaintiff and Defendant are ordered to submit
 2  briefing on this issue by April 24, 2009.  Any
 3  responsive briefs are due by May 1, 2009.
 4
 5  IT IS SO ORDERED.            /s/
 6                          _____
 7                          HONORABLE RONALD S.W. LEW
 8                          Senior, U.S. District Court Judge
 9
10  DATED:   April 7, 2009
```