# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A., A minor, By and Through JORGE A., His Guardian Ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>ROCKLIN UNIFIED SCHOOL DISTRICT, and DOES 1-25,<br><br>Defendants. | CV 07-1057 LEW KJM<br><br>**ORDER GRANTING PLAINTIFF TIME TO RESPOND** |

Because of the simultaneous filings of the trial briefs by the parties, the Court hereby **GRANTS** Plaintiff an extension of time to respond to Defendants' Reply. Plaintiff's responsive brief is due by Tuesday May 12, 2009.

**IT IS SO ORDERED.**

/s/

_____

**HONORABLE RONALD S.W. LEW**

Senior, U.S. District Court Judge

DATED: May 8, 2009

1