# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A., A minor, By and Through JORGE A., His Guardian Ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>ROCKLIN UNIFIED SCHOOL DISTRICT, and DOES 1-25,<br><br>Defendants. | CV 07-1057 LEW KJM<br><br>**ORDER DENYING DEFENDANT'S REQUEST FOR ADDITIONAL BRIEFING** |

The Court is in possession of Plaintiffs' Motion for Costs Associated with Stay Put, Defendant's Response, and Plaintiffs' Reply. The briefing to this point is sufficient and Defendant's Request for Additional Briefing [73] is therefore **DENIED.**

**IT IS SO ORDERED.**

/s/

---

**HONORABLE RONALD S.W. LEW**

Senior, U.S. District Court Judge

DATED: May 27, 2009

1