# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A., a minor, by and through JORGE A., his guardian ad Litem,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>ROCKLIN UNIFIED SCHOOL DISTRICT,<br><br>　　　　　　　Defendant. | CV 07-01057 LEW<br><br>**ORDER RE: PLAINTIFFS' MOTION FOR COSTS ASSOCIATED WITH MINOR'S PLACEMENT DURING PENDENCY OF APPEALS** |

On March 19, 2009, the Ninth Circuit remanded this case to this Court to determine what Defendant Rocklin Unified School District owes Plaintiff Joshua A. for the cost of his education during the pendency of his appeal. Plaintiffs and Defendant have each filed opening and responsive briefs, as well as attendant declarations. Having considered the filings of both sides, the Court **HEREBY RULES AS FOLLOWS:**

　Plaintiff's Motion for Costs Associated With

1

Plaintiff's Placement During Pendency of Appeals is **GRANTED**. Specifically, this Court orders Defendant to reimburse Plaintiff $13,114.71, the equivalent of the money Joshua A.'s parents spent to keep Joshua A. in his placement during the appeals. This Court also orders Defendant to reimburse Alta California Regional Center in the amount of $25,121.53, for money it spent to fund Joshua's stay put placement from July 1, 2008 to March 19, 2009.

**IT IS SO ORDERED.**

/s/
───────────────────────────
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

DATED: June 18, 2009