# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A., A minor, By and Through JORGE A., Guardian Ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>ROCKLIN UNIFIED SCHOOL DISTRICT and DOES 1-25,<br><br>Defendants. | NO. 2:07-CV-01057 LEW<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES PURSUANT TO STATUTE [20 U.S.C. § 1415(i)(3)(B)] [77]** |

Plaintiff's Motion for Attorneys' Fees Pursuant to Statute [20 U.S.C. § 1415(i)(3)(B)] [77] was set for hearing on September 9, 2009. Having taken the matter under submission on August 27, 2009, and having reviewed all papers submitted pertaining to this motion, the Court **NOW FINDS AND RULES AS FOLLOWS:**

Plaintiff does not qualify as a "prevailing party" under Section 1415(i)(3)(B) of the Individuals with Disabilities Education Act (IDEA). Plaintiff's success on the stay put issue only provided Plaintiff temporary

1

relief during the pendency of the dispute and, thus, did not alter the legal relationship of the parties as is required to grant Plaintiff "prevailing party" status.  Accordingly, Plaintiff's Motion for Attorneys' Fees is **DENIED**.

**IT IS SO ORDERED.**

DATED: September 11, 2009

/s/
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge